1015

Steamtug Top Sergeant, Inc., as Owner of THE Tug TOP SERGEANT, Libelant-Appellee, v. THE Tug NEW YORK CENTRAL NO. 17 and The New York Central Railroad Company, Respondent-Claimant-Appellant.
No. 416.

Circuit Court of Appeals, Second Circuit.
May 20, 1935.

Jacob Aronson, of New York City (Kenneth O. Mott-Smith, of New York City, of counsel), for appellant.

Purdy & Purdy, of New York City (Frank C. Mason, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.

---

J. B. STRADFORD v. FARM & HOME SAVINGS & LOAN ASSOCIATION OF MISSOURI et al.
No. 1283.

Circuit Court of Appeals, Tenth Circuit.
May 27, 1935.

Spencer Adams, of Tulsa, Okl., for appellant.

James W. Cosgrove, of Tulsa, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed for failure to prosecute.

---

In the Matter of SUSQUEHANNA SILK MILLS, Debtor. Henry Schniewind, Jr., and Irving Trust Company, as Trustees of Susquehanna Silk Mills, Debtor, Appellants, Mitsui & Co., Ltd., Appellee.
No. 444.

Circuit Court of Appeals, Second Circuit.
June 3, 1935.

Breed, Abbott & Morgan, of New York City (Charles H. Tuttle, Sumner Ford, Paris S. Russell, and Gerald J. Craugh, all of New York City, of counsel), for appellants.

Putney, Twombly & Hall, of New York City (Lemuel Skidmore, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order (10 F.Supp. 787) affirmed.

---

A. T. TAYLOR, Appellant, v. D. R. LEARY, ADMINISTRATOR of Sigler GILDEN, Deceased, Appellee.
No. 3842.

Circuit Court of Appeals, Fourth Circuit.
Feb. 7, 1935.

John H. Hall, of Elizabeth City, N. C., for appellant.

McMullan & McMullan and R. Clarence Dozier, all of Elizabeth City, N. C., for appellee.

PER CURIAM.
Case dismissed under Rule 20 in accordance with agreement of attorneys.